**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RICHARD W. COMO, | : | No. 51 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| PUBLIC SCHOOL EMPLOYEES' | : | |
| RETIREMENT BOARD, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.